|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11CR3635-IEG |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER AND JUDGMENT TO DISMISS** |
|  | ) **INDICTMENT WITHOUT PREJUDICE** |
| ISRAEL GARCIA-AVALOS, | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant ISRAEL GARCIA-AVALOS.

**IT IF FURTHER ORDERED** that defendant ISRAEL GARCIA-AVALOS be released and remanded to the custody of the United States Department of Homeland Security.

**SO ORDERED.**

**DATED: January 31, 2012**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**